IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES D. SPITLER, <br><br> Plaintiff, <br><br> vs. <br><br> COMMUNITY HEALTH SYSTEMS, Inc., et al., <br><br> Defendants. | Case No. 15-cv-06-SMY-DGW |

MEMORANDUM AND ORDER

This matter comes before the Court on Defendant National Healthcare of Mt. Vernon., d/b/a Crossroads Community Hospital's Motion to Dismiss pursuant to Federal Rule 12(b)(6) (Doc. 7). For the following reasons, the Court **DENIES** Defendant's Motion.

Defendant contends that Plaintiff's Complaint must be dismissed as the receipt of the right-to-sue letter was not alleged, nor was a copy of a right-to-sue attached to and incorporated into the Complaint.

In order to bring an ADEA claim in federal court, a plaintiff must first have raised it in a timely EEOC charge. See 29 U.S.C. § 626(d) ("No civil action may be commenced by an individual under this section until 60 days after a charge alleging unlawful discrimination has been filed with the [EEOC]."); *Vela v. Vill. of Sauk Vill.*, 218 F.3d 661, 663–64 (7th Cir.2000); *Ajayi v. Aramark Bus. Servs., Inc.*, 336 F.3d 520, 527 (7th Cir. 2003). However, there is no requirement that the right-to-sue letter be received before suit can be commenced. See, e.g. *Canty v. Wackenhut Corr. Corp.*, 255 F. Supp. 2d 113, 117-18 (E.D.N.Y. 2003); *Weaver v. Ault Corp.*, 859 F. Supp. 256, 257-259 (N.D. Tex. 1993); *Adams v. Burlington N. R. Co.*, 838 F. Supp. 1461, 1467 (D. Kan. 1993). The "60 days after a charge alleging unlawful discrimination

has been filed" constitutes the beginning point in the window of time that a plaintiff can bring an ADEA civil action. 29 U.S.C. § 626(d); *Adams*, 838 F. Supp. at 1467.

Plaintiff's Charge of Discrimination was filed with the EEOC on January 21, 2014. The Complaint in this action was filed on January 5, 2015. Accordingly, Defendant's motion to dismiss is **DENIED**.

IT IS SO ORDERED.

DATED: April 14, 2015

                                              /s/ Staci M. Yandle
                                              STACI M. YANDLE
                                              DISTRICT JUDGE