IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES D. SPITLER,

    Plaintiffs,

vs.

COMMUNITY HEALTH SYSTEMS, INC., et al.,

    Defendants.

Case No. 15-cv-06-SMY-DGW

**MEMORANDUM AND ORDER**

    This matter comes before the Court on Defendant Community Health Systems, Inc.'s Motion to Reconsider the Court's Order Denying Defendant's Motion to Dismiss. (Doc. 25). For the following reasons, Defendant's Motion is **DENIED**.

    Rule 60(b) permits a court to reconsider a prior order or judgment on certain grounds, such as mistake, newly discovered evidence, fraud, misrepresentation or misconduct by an opposing party, or "any other reason that justifies relief." FED. R. CIV. P. 60(b). See also *Musch v. Domtar Industries, Inc*., 587 F.3d 857, 861 (7th Cir. 2009). A motion for reconsideration is not a proper vehicle to reprise arguments that were rejected, *Patel v. Gonzales*, 442 F.3d 1011, 1016 (7th Cir.2006), or to raise new arguments that could and should have been advanced in the original briefing. *Mosley v. City of Chicago*, 252 F.R.D. 445, 447 (N.D. Ill. 2008). Additionally, relief under Rule 60(b) "is an extraordinary remedy that is to be granted only in exceptional circumstances." *Provident Savings Bank v. Popovich*, 71 F.3d 696, 698 (7th Cir. 1995).

    Here, Defendants have provided no legal basis for the Court to amend or modify its order at Doc. 22. Disagreement with the Court's ruling is not a proper ground for a motion to reconsider. *Navarro v. UIC Med. Ctr*., 165 F. Supp. 2d 785, 788 (N.D. Ill. 2001). Since

Defendant's Motion only reprises and expands upon arguments that have been previously rejected by this Court, the Motion does not meet any of the factors for reconsideration. Accordingly, Defendant's Motion to Reconsider the Court's Order Denying Defendant's Motion to Dismiss is DENIED.

    **IT IS SO ORDERED.**

    **DATED: June 11, 2015**

/s/ Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**
